THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Barry Duncan Burkhalter, Appellant.
 
 
 

Appeal From Lexington County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2006-UP-040
Submitted January 3, 2006  Filed January 18, 2006

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Joseph L. Savitz, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington; for Respondent.
 
 
 

PER CURIAM:  Barry Duncan Burkhalter appeals his guilty plea to indecent exposure.  Counsel for Burkhalter attached to the final brief a petition to be relieved as counsel.  Burkhalter did not file a separate pro se response.
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Burkhalters appeal and grant counsels petition to be relieved.[1] 
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1]   We decide this case without oral argument pursuant to Rule 215, SCACR.